"EXHIBIT A"

FILED
2006 DEC 26 PM 12: 23

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:

Case No. 99-01273
Chapter Adv

Debtor(s).

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Judith K. Pattillo ("Applicant") applies to this Court for entry of an order directing the Clerk to remit to Applicant the sum of $3,908.51 due to Judith K. Pattillo ("Claimant"), whose address is 4505 Ridgecove, Rowlett, Tx 75088. Applicant further states that:

1. (Indicate one of the following items:)

   ✓ Applicant is the **individual** Claimant named in the "Report of Trustee of Unclaimed Dividends and Other Monies under 11 U.S.C. § 347" and states that no other application for this claim has been submitted by or at the request of Claimant. **A photocopy of photo identification of Claimant showing Claimant's signature [e.g. driver's license or passport] is attached.** If the name of Claimant is different from the name of the original Claimant due to marriage, divorce, etc.), appropriate documentation [e.g. certified copy of divorce decree, marriage license] is attached. If Claimant is deceased, appropriate documentation to establish that the person executing the Application is authorized to act on behalf of the decedent's estate [e.g. certified copy of letters of administration, probate decree] is attached.

   ___ Applicant is a corporation, partnership or other entity named as the Claimant in the "Report of Trustee of Unclaimed Dividends and Other Monies under 11 U.S.C. § 347." Applicant has reviewed all records of the Claimant and states that no other application for this claim has been submitted by or at the request of Claimant. **Documentation that establishes that the person executing the Application is authorized to submit the Application [e.g. affidavit of secretary with copy of directors' resolution authorizing**

execution of the Application or officer's certificate establishing that the corporate officer executing the Application is authorized to so act] is attached.** If the name of Claimant is different from the name of the original Claimant due to change in corporate name, assignment, merger, dissolution, etc., appropriate documentation is attached.

__ Applicant is an attorney or a **"funds locator"** who has been retained by Claimant. **An original, notarized "power of attorney" from an individual Claimant or from the duly authorized representative for the corporation, partnership or other entity named as the Claimant conforming to Official Bankruptcy Form 11B is attached.** Documentation that establishes that the person executing the "power of attorney" is authorized to so act [e.g. affidavit of secretary with copy of directors' resolution authorizing use of locator service or officer's certificate establishing that the corporate officer executing the "power of attorney" is authorized to so act] is attached.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the Applicant is entitled to submit an application for the payment of this claim.

3. Applicant has provided notice to the United States Attorney for the Northern District of Oklahoma of this Application pursuant to 28 U.S.C. § 2042, and a certificate of service has been filed.

3

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**[Individual]**

Dated: _12/19/06_

SS# _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_

_Judith K. Pattillo_
Signature of Individual Applicant

_4505 Ridgecove_
Street Address

_Rowlett, TX 75088_
City and State

_(972) 463-7556_
Telephone (including area code)

**[Entity]**

ID#_____

_____
Name of Applicant [if not an individual]

By_____
(Name of Authorized Representative and Capacity/Title)

_____
Street Address

_____
City and State

_____
Telephone (including area code)

4

**Acknowledgement Form**
**[Individual]**

State of __Texas__ )
                    ) ss.
County of __Dallas__ )

Before me, __Brian Major__ in and for this state, on this __19th__ day of __Dec.__, 20__06__, personally appeared __Judith Pafhlo__, known to be the identical person(s) who executed the within and foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed for the uses and purposes therein set forth.

BRIAN MAJOR
NOTARY PUBLIC
STATE OF TEXAS
[SEAL] My Comm. Exp. 12-13-08

_____
Notary Public

My commission expires
on __12-13-08__

**Acknowledgement Form**
**[Entity]**

State of _____ )
                              ) ss.
County of _____ )

Before me, _____ in and for this state, on this ____ day of _____, 20___, personally appeared _____ [name and title of person executing application] _____, known to be the identical person(s) who executed the within and foregoing instrument on behalf of said __[type of entity, i.e. corporation, partnership]__, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of the __[type of entity, i.e. corporation, partnership]__ for the uses and purposes therein set forth.

[SEAL]                                    _____
                                          Notary Public

My commission expires
on _____



