UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA



FILED

2007 JAN 23  AM 8:54

MICHAEL L. WILLIAMS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLA

IN RE: TIGER PETROLEUM COMPANY          CASE NO. 99-01273-M
                                         CHAPTER 7

LETTER OF EXPLAINATION FOR APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

TO THE HONORABLE JUDGE OF SAID COURT:

    I, KENNETH O. HICKS ("Applicant") furnishes the following information to this court in support of this Application for Payment of Unclaimed Funds from the Tiger Petroleum Company bankruptcy case. I proceed with this Application as Trustee of my late uncle, Elroy H. Schwarze, estate.

Please find the following information attached:
1) Exhibit A – Application as the individual Claimant
2) Exhibit B - Order directing payment of unclaimed funds
3) Exhibit C - Acknowledgement form / Individual / Notarized
4) Exhibit D – This courts procedure order
5) Exhibit E – Photocopy of my photo identification {e.g. driver's license}
6) Exhibit F - Photocopy of Elroy H. Schwarze death certificate.
7) Exhibit G - Photocopy of Elroy H. Schwarze original Trust and Will
8) Exhibit H - Photocopy of Trust's First Amendment
9) Exhibit I  - Photocopy of Trust's Second Amendment
10) Exhibit J  - Photocopy of Trust's Third Amendment
11) Exhibit K - Photocopy of Resignation of Trustee and Appointment of
          Successor
12) Exhibit L – Photocopy of Certificate of Acceptance by Successor Trustee
13) Exhibit M - Photocopy of Original Check issued 06/06/06
          In the amount of $ 22,386.17   (Original available)

At this time, I would like to request that the court re-issue this check to:

Elroy H. Schwarze Trust                    S.S. #: xxx-xx-4181
Kenneth O. Hicks, Successor TTEE           Previous Address
2916 Lakeshore Dr.                         65 Ocean Dr.
Arlington, Tx. 76013                       Punta Gorda, Fl. 33950

Thank you for your time and consideration in this matter.

Sincerely,

Kenneth O. Hicks
2916 Lakeshore Dr.
Arlington, Tx. 76013
817-265-8340