# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

IN RE:

Tiger Petroleum Company

               Debtor(s).

Case No.   99-01273-M
Chapter 7

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

Before the Court is the Application for Payment of Unclaimed Funds filed by Keys Research ("Applicant") on January 29, 2007, on behalf of Steven W. Johnson ("Claimant") and In accordance with the provisions of 28 U.S.C. § 2042.  The court hereby directs the Clerk of the Court to remit to Steven W. Johnson c/o Charlene Keys dba Keys Research the sum of $1,759.39 now held as unclaimed funds in the registry of the Court.

So Ordered this 16th day of _____, 2007.

_____
United States Bankruptcy Judge

SUBMITTED AND APPROVED BY:

_____
Attorney-in-fact for Claimant
Charlene J. Keys
FEIN 61-1264203
Keys Research
23630 SE 440th St.
Enumclaw WA 98022
(360) 825-7300