FORM 3011-1 (1/08)

**FILED**

Aq

2009 MAY -7 PM 3: 55

MICH...
U.S. B.... ....... CLERK
NORTHERN DISTRICT OF COURT
OF OKLA.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

IN RE:

Tiger Petroleum Company

Debtor(s).

Case No. 99-01273
Chapter 7

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Financial Resources Group, Inc. ("Applicant") applies to this Court for entry of an order directing the Clerk to remit the sum of $879.70 due to Charles Robin ("Claimant").

| 1. | Full legal name of Claimant *(If Claimant is an individual, skip to Question No. 5)* | Charles Robin |
|----|----|----|
| 2. | Type of Entity (corporation, LLC, partnership) | |
| 3. | State of Incorporation/Organization | |
| 4. | Name and Title of Authorizing Officer or Representative | |
| 5. | Current Mailing Address | 2432 SpyGlass Dr. Brentwood, CA 94513-4623 |
| 6. | Telephone Number | 925-240-9652 |
| 7. | SS# *(last 4 digits only)* or EIN # | 9564 |
| 8. | Amount Being Claimed | $879.70 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon:

*(check the applicable box)*

☐  Applicant is the <u>original creditor</u> and owner of the funds as it appears on the records of this Court;

☐  Applicant is the <u>assignee</u> of the original creditor's claim to said funds, as evidenced in the attached documentation;

☐  Applicant is the original creditor's <u>successor in interest</u>, as evidenced in the attached documentation;

FORM 3011-1 (1/08)

☒    Applicant is an attorney or "<u>funds locator</u>," named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Oklahoma, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant.  Applicant states that the Claimant is the:

*(check the applicable box)*
        ☐    original creditor and owner of the claim;
        ☐    original creditor's attorney with authorization to receive said funds;
        ☐    assignee of the original creditor's claim to said funds;
        ☐    successor in interest of the original creditor; or
        ☒    personal representative of the original creditor's estate.

Attached to the Application is the "Affidavit of Claimant."  (*The Affidavit of Claimant is required only if the Applicant is an attorney or funds locator.*)  Applicant completed all necessary information on the Affidavit of Claimant <u>prior to</u> providing such Affidavit to the Claimant for execution. (*This is necessary to ensure that the alleged claimant, contacted by a funds locator, has sufficient information to verify that he/she/it is in fact entitled to the funds that the attorney or "funds locator" is applying for on behalf of the Claimant.*)

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds.  The Application was completed and submitted  in accordance with this Court's **Instructions for Filing an Application for Payment of Unclaimed Funds.**

Applicant declares under penalty of perjury that sufficient inquiry has been made to determine that the above funds have not been previously paid, no other applications for payment of said funds are pending, and no party other than Claimant is entitled to submit a request for disbursement of the funds.

Applicant certifies that a copy of this Application (and all attachments) was provided to the Office of the United States Attorney, Northern District of Oklahoma, Attn: Civil Process Clerk, 110 W. 7th Street, Suite 300, Tulsa, Oklahoma 74119-1029, as evidenced by the Certificate of Service attached hereto.

Applicant requests that the Court enter an Order directing payment of the unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

2

FORM 3011-1 (1/08)

## Signature Block for an Entity

Dated: 4|28|09

The Financial Resources Group, Inc.
Name of Applicant (if not an individual)

EIN #: 91-1592987
(of the Applicant)

By _____
Print Name: Larry L. Moses
Title:  General Manager

700 Mechem Dr., Suite 8B
Street Address

Ruidoso, NM 88345
City/State/Zip
575-257-1607
Telephone (including area code)

State of NM      )
                 ) ss.
County of Lincln )

        Before me, Melanie Ramirez , a notary public in and for said state, on this 28th day of April , 20 09, personally appeared Larry L. Moses , as General Mngr. [capacity, e.g. president, treasurer] who executed the within foregoing instrument on behalf of The Financial Resources Group, Inc. [name of entity], and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed on behalf of said Corporation [type of entity, e.g. corporation, limited liability company, partnership] for the uses and purposes therein set forth.

        [SEAL]

                                        _____
                                            Notary Public

My commission expires:  12/21/11

4

## Letter of Authorization

**KNOW ALL THESE MEN THESE PRESENT**, that I,

Frank Kloss, President of The Financial Resources Group, Incorporated.,

hereby appoint Larry L. Moses, General Manager, as The Financial Resources Group, Incorporated's authorized representative to seek recovery of the undistributed, unclaimed, or undeliverable tenders of funds held by the United States Treasury.

Signed this ___28th___ day of ___April___, 2008

The Financial Resources Group, Incorporated
Company Name

By_____
Signature

Frank Kloss_____
Print Name

President_____
Title

**THE FINANCIAL RESOURCES GROUP, INC.**

Frank Kloss
President

700 MECHEM DRIVE, SUITE 8B
RUIDOSO, NEW MEXICO 88345
TELEPHONE 800-328-9174  FAX 800-352-0597

State of New Mexico, County of Lincoln

The above named ___Frank Kloss___, known to me to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me:_____
Notary Public

My Commission expirers: ___2/2/11___

NOTARY
(Notary Seal)
PUBLIC
STATE OF NEW

Copy Of Larry L. Moses' Drivers License



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re:                          )        Case No. 99-01273-M
                                )
Tiger Petroleum Company         )        Chapter  7
                      Debtor    )
                                )

### AFFIDAVIT OF CREDITOR

I, <u>Charles Robin</u>, the undersigned creditor in the above

*referenced case* declare as follows:

1.  <u>THE FINANCIAL RESOURCES GROUP, INC.</u> has been granted a

limited power of attorney by me to submit an Application For Payment

of Unclaimed Funds seeking payment of claim no. 26 in the amount of

<u>$879.70</u> due and owing to me as a creditor in the above referenced

bankruptcy case.

2.  My name, address, and telephone number are as follows:

        Charles Robin, executor of estate, Rob Robin
        2432 Spyglass Dr.
        Brentwood, CA 94513
        Phone:  925-240-9652

3.  I have neither previously received remittance for this claim

nor have I contracted with any other party other than the person

named in item one above to recover these funds.

I declare under penalty of perjury that the foregoing statements
are true and correct to the best of my knowledge and belief.

Dated: _3/6/09_                    _____
                                   Creditor
                                   SS# 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

Subscribed and sworn to before me this
_6th_ day of _MARCH_ , 20_09_.

Proved to me on the basis of satisfactory
... the person who appeared before me.

_____
NOTARY PUBLIC AT LARGE
STATE OF _CALIFORNIA_
My Commission Expires: _JAN. 06, 2011_

Proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

SYED RAHMAN
Commission # 1714690
Notary Public - California
Contra Costa County
My Comm. Expires Jan 6, 2011

(Seal)

# UNITED STATES BANKRUPTCY COURT

<u>Northern</u>    **District of** <u>Oklahoma</u>

In re:                                              **Case No:** 99-01273-M

<u>Tiger Petroleum Company</u>

Debtor                                             **Chapter:** 7

## SPECIAL POWER OF ATTORNEY

*To The Financial Resources Group, Inc.,* of 700 Mechem Dr., Suite 8B, Ruidoso, NM 88345

The undersigned claimant hereby authorizes the above named funds locator firm, Attorney-in-fact for the undersigned for me (us), (we), to act in my (our), (us) place and stead and for the benefit, ONLY to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$879.70

Dated: *3/6/09*

Signed: _____

Address: 2432 Spyglass Dr.
          Brentwood, CA, 94513
Social Security Number: XXX - XX - 9504

Acknowledged before me on *6th MARCH 2009*

*SEE CALIFORNIA ACKNOWLEDGEMENT ATTACHED*

Notary Public
My Commission Expires: *JAN-06, 2011*                    (seal)

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of CONTRA COSTA

On 6th MARCH 2009 before me, SYED RAHMAN, NOTARY PUBLIC,
<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared CHARLES COCHRAN ROBIN,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

> SYED RAHMAN
> Commission # 1714690
> Notary Public - California
> Contra Costa County
> My Comm. Expires Jan 6, 2011

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

SPECIAL POWER OF ATTORNEY
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _1_   Document Date 3/6/09

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER

☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in this section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

Copy of Drivers License

**DMV CALIFORNIA DMV**

DRIVER LICENSE

CLASS: C

EXPIRES 02-09-10



CHARLES COLEMAN ROBIN
4636 FAWN HILL WY
ANTIOCH CA 94509

SEX: M       HAIR: BRN      EYES: BRN
HT: 5-11     WT: 200        DOB: 02-15-52

12/22/2004  235  RB   FD/18



Apr 25 2009 12:03AM

708 Third Street
Brentwood, CA 94513-1396

All Offices are open Monday - Friday
| | | |
|---|---|---|
| Utility Billing: | (925) 516-5415 | 8:00A.M. - 5:00P.M. |
| Solid Waste: | (925) 516-6090 | 7:30A.M - 3:30P.M. |
| Public Works: | (825) 516-6000 | 7:30A.M - 4:00P.M. |

**AUTO**5-DIGIT 94513 14 P55 53245RAD9-A-2
3504 1 AV 0.324

Illadaldaltadalltadaldadaltadabladldladhdalllalllalh
CHARLES C ROBIN
2432 SPYGLASS DRIVE
BRENTWOOD CA 94513-4623

*Current Address*

## Statement

# BRENTWOOD

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 0111-01350-01 |
| SERVICE ADDRESS: | 2432 SPYGLASS DRIVE |
| SERVICE PERIOD: | 03/05/09 TO: 04/07/09 |
| BILLING DATE: | 04/09/2009 |

### CURRENT CHARGES

| Meter | Previous | Current | Usage | Amount |
|---|---|---|---|---|
| 57241961 | 1586000 | 1597000 | 11000 | |
| USAGE TIER 1 - 10 Units @ 2.65 / Unit | | $26.50 | | |
| USAGE TIER 2 - 1 Units @ 3.16 / Unit | | $3.16 | | |
| WATER USAGE CHARGE | | | | $29.66 |
| WATER BASE | | | | $25.43 |
| SEWER LATERAL | | | | $1.27 |
| SEWER USAGE | | | | $36.73 |
| GARBAGE | | | | $33.76 |

### AMOUNT NOW DUE

| | |
|---|---|
| LAST PAYMENT: 04/01/2009 | ($130.01) |
| CURRENT CHARGES NOW DUE | $126.85 |
| AMOUNT DUE BY 05/07/09 TO AVOID PENALTY | $126.85 |
| AMOUNT DUE AFTER 05/07/09 | $133.19 |

*PAYMENT IS NOW DUE. IF NOT PAID BY THE DATE LISTED ABOVE, A 5%
LATE CHARGE WILL BE ADDED AND YOUR SERVICE MAY BE
INTERRUPTED.  THERE IS A NIGHT DEPOSITORY FOR YOUR
CONVENIENCE.  FAILURE TO RECEIVE A BILL OR PAYMENTS DELAYED
IN MAIL DOES NOT VOID A LATE CHARGE.*

### YOUR MONTHLY USAGE



2008 - 2009
1 UNIT = 1,000 Gallons

### SPECIAL MESSAGE

Aerate this month to improve water absorption due to compacted soil
caused by foot and equipment traffic.

---

Payment
# Coupon

‖‖‖‖‖‖‖‖‖‖‖‖‖‖

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 0111-01350-01 |
| SERVICE ADDRESS: | 2432 SPYGLASS DRIVE |
| SERVICE PERIOD: | March 5, 2009 TO: April 7, 2009 |
| BILLING DATE: | 04/09/2009 |
| DUE DATE: | May 7, 2009 |

CHARLES C ROBIN
2432 SPYGLASS DRIVE
BRENTWOOD CA 94513-4623

**PLEASE RETURN THIS PORTION ALONG WITH YOUR PAYMENT**

### AMOUNT DUE

| | |
|---|---|
| AMOUNT DUE BY 05/07/09 | $126.85 |
| AMOUNT DUE AFTER 05/07/09 | $133.19 |

### AMOUNT ENCLOSED

REMIT PAYMENT TO:

Illadladlaalaadladllladadladadladadlladadldall
CITY OF BRENTWOOD
PO BOX 515482
LOS ANGELES CA 90051-6782

01110135001 0000012685

# CERTIFICATION OF VITAL RECORD

## STATE OF RHODE ISLAND
## AND
## PROVIDENCE PLANTATIONS

RHODE ISLAND DEPARTMENT OF HEALTH

**CERTIFICATE OF DEATH**

PHYSICIANS MUST COMPLETE SHADED AREAS ONLY FUNERAL HOME MUST COMPLETE UNSHADED AREAS

*Brief Instructions On Reverse Side*

*TYPE OR PRINT IN BLACK INK*

LOCAL FILE NUMBER | STATE FILE NUMBER

**DECEDENT**

| DECEASED — FIRST NAME | MIDDLE | LAST | SEX | DATE OF DEATH (Month, day, year) |
|---|---|---|---|---|
| 1 Rob | Morris | ROBIN | 2 Male | 3 SEPTEMBER 11, 2000 |

| HOSPITAL OR OTHER INSTITUTION — NAME (If not in either, give street and number) | CITY, TOWN, OR LOCATION OF DEATH |
|---|---|
| 4a Miriam Hospital | 4b Providence |

| AGE — LAST BIRTHDAY (Years) 5a 75 | UNDER 1 YEAR MOS 5b DAYS 5c | UNDER 1 DAY HOURS MIN | DATE OF BIRTH (Month, day, year) 6 Feb. 21, 1925 | BIRTHPLACE (City and State or Foreign Country) 7 Providence, R.I. | WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) 8 Yes WWII | NAME WAR |

| RACE — Am. Indian, Black, White, etc. (Specify) 9a White | ETHNIC ORIGIN — Cuban, Mexican, P. Rican, Filipino, Laotian, etc. (Specify) 9b Russian | MARRIED, NEVER MARRIED WIDOWED, DIVORCED (Specify) 10 Widowed | SPOUSE (If wife, give maiden name) 11 Natalie L. Cohen |

| SOCIAL SECURITY NUMBER 12 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 | USUAL OCCUPATION (Give kind of work done during most of working life. Do NOT use retired) 13a Real Estate Broker | KIND OF BUSINESS OR INDUSTRY 13b Real Estate |

| RESIDENCE ADDRESS House number, street name 14a 55 Bliss Road | CITY OR TOWN OF RESIDENCE, STATE & ZIP CODE 14b Newport, RI 02840 |

| MAILING ADDRESS — If different from residence address in item above (PO Box, RR, City, Town or Village, State, Zip Code) 15 |

**PARENTS**

| FATHER — FIRST NAME 16 Benjamin | MIDDLE | LAST Robin | MOTHER — FIRST NAME 17 Eva | MIDDLE | MAIDEN NAME Lasovitsky |

| INFORMANT — NAME 18a Charles C. Robin | MAILING ADDRESS (Street or RFD Number, City or Town, State, Zip Code) 18b 1528 Smithfield Avenue Lincoln, RI 02865 |

**DISPOSITION**

| BURIAL, CREMATION, DONATION, OTHER (Specify) 19a Cremation | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) 19b East Bay Crematory, Inc. | CITY OR TOWN East Providence, R.I. | STATE |

| SIGNATURE OF FUNERAL HOME LICENSEE 20a | FUNERAL HOME — NAME 20b O'Neill-Hayes Funeral Home | FUNERAL HOME DIR. LICENSE NUMBER 20c 47 |

| | FUNERAL HOME ADDRESS (Street or RFD Number, City or Town, State, Zip Code) 20d 465 Spring Street Newport, RI 02840 |

**CERTIFIER**

ITEMS BELOW TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY

| To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated 21a [Signature] | DEGREE OR TITLE M.D. | R.I. LICENSE NUMBER 21b 8370 | DATE SIGNED (Month, day, year) 21c SEPTEMBER 11, 2020 |

| NAME OF CERTIFIER (Type or print) 22 ANJALI TALWALKAR | IF HOSP. OR INST. indicate DOA, OP/Emer. Rm., Inpatient (Specify) 23 MIRIAM HOSPITAL - INPATIENT | HOUR OF DEATH (If unknown, so state) 24 8:32 AM |

| ADDRESS OF CERTIFIER (Street or RFD Number, City or Town, State, Zip Code) 25 164 SUMMIT AVE. PROVIDENCE, RI 02906 | WAS DEATH REFERRED TO MEDICAL EXAMINER (Specify Yes or No) 26 |

| NAME AND ADDRESS OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) 27a DR. SCHWENGEL, 1076 NORTH MAIN ST. PROVIDENCE, RI 02904 | LENGTH OF ATTENDANCE (Specify) 27b 3½ months |

**REGISTRAR**

| REGISTRAR 28a (Signature) Victor W. Fera | FILE DATE — DATE SIGNED BY REGISTRAR (Month, day, year) 28b SEP 15 2000 |

**CAUSE OF DEATH**

*SEE INSTRUCTIONS ON OTHER SIDE*

29. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a | ASYSTOLE | MINUTES |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | DUE TO (OR AS A CONSEQUENCE OF): b LOW-OUTPUT CARDIAC FAILURE | ~3 DAYS |
| | DUE TO (OR AS A CONSEQUENCE OF): c PROSTHETIC AORTIC VALVE LEAKAGE | ~2 WEEKS |
| | DUE TO (OR AS A CONSEQUENCE OF): d PROBABLY INFECTIOUS ETIOLOGY | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | | AUTOPSY (Yes or No) 30a | If yes, were findings considered in determining cause of death? 30b |

| ACCIDENT (Specify Yes or No) 31a NO | DATE OF INJURY (Mo., day, yr.) 31b | HOUR OF INJURY 31c | DESCRIBE HOW INJURY OCCURRED 31d |

| INJURY AT WORK (Specify Yes or No) 31e NO | PLACE OF INJURY — At home, farm, street, factory, office, building, etc. (Specify) 31f | LOCATION | STREET OR R.F.D. NUMBER | CITY OR TOWN | STATE |

R.I. Law requires Funeral Director to file this certificate with the City or Town Clerk at the Place of Death within 7 days.

VS-2 Rev. 1-88

I hereby certify that this is a true and exact copy of the document officially registered and placed on file in the issuing office.

| Issuing Office | City Registrar Providence | Date of Issuance | SEP 15 2000 |

Signature of Registrar **Victor W. Fera**

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR.

VS-81

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Right to claim

I, ROB M. ROBIN, of Newport, Rhode Island, declare this to be my will and revoke all previous wills and codicils

FIRST: DEBTS, EXPENSES, TAXES. My debts and the expenses of my last illness and funeral and of settling my estate shall be paid from my estate. All estate taxes (as hereinafter defined) shall be paid from my estate in the same manner as my debts unless paid by the trustee or trustees of The Rob M. Robin Trust - 1998.

SECOND: TANGIBLES. I give all my tangible personal property in equal shares to such of my children, Caryn Rae Robin, Charles C. Robin, and Benjamin Robin, (hereinafter "my children"), as are then living.

THIRD: RESIDUE. I give all the residue of my estate, real and personal, to Charles C. Robin, or any successor or successors, as trustees of The Rob M. Robin Trust - 1998, which I signed and established today before executing this will, to be added to the property held under said Trust, as amended as of my death.

FOURTH: POWERS OF EXECUTOR. I empower my executor without order or license of any court:

1. To appoint general or specific proxies, and to place stock in voting trusts.

2. To participate in or disapprove any reorganization, recapitalization, consolidation, merger, winding up or readjustment of the indebtedness of any corporation or association; to give investment representations, warranties, indemnities and guarantees; and to reject any exchange or other offer for property even though substantially above quoted current market values, and to seek appraisal rights or other rights in court or otherwise.

3. To compromise or submit to arbitration any matters in dispute.

4. To sell assets at public or private sale, for cash or on credit, together or in parcels; and to sell real estate even though there may be personal property which might be sold.

5. To invest and reinvest assets and to continue to hold any investments received from me (without regard to the proportion which such investments may bear to total investments) even though the same may be speculative or unseasoned.

6. To divide my tangible personal property among the persons entitled thereto, and if a beneficiary is a minor the receipt of such minor or the person having actual custody of such minor shall completely acquit my executor.

7. To borrow money from any lender, but without individual liability therefor; and as security for such borrowing to mortgage or pledge assets upon such terms as deemed advisable; to mortgage real estate even though there may be personal property which might be pledged; and in connection with such borrowing to deal with any corporate executor or any affiliate in the same manner as with a stranger; and no lender shall be responsible for the application of the proceeds.

8. To execute all deeds, mortgages and other documents to carry out any of the foregoing powers.

FIFTH: DEFINITIONS AND OTHER PROVISIONS.

1. The term "estate taxes" refers to any federal, state or foreign estate, inheritance or like taxes on account of any property included in my gross estate in the final determination of such taxes.

2. The term "my tangible personal property" refers to my personal effects, jewelry, books, household furniture, furnishings and effects, automobiles and all other tangible personal property which I own at my death but does not include money, securities or the like.

3. The term "my executor" refers to my executor, any alternate executor and any administrator with this will annexed.

4. The term "residue" does not refer to or include any property, real or personal, over which I shall have power of appointment.

5. The term "give" means devise and/or bequeath and, unless otherwise specified in this will, shall transfer all of my interest in the property given.

SIXTH:  EXECUTOR.  I appoint my son, Charles C. Robin, of Lincoln, Rhode Island,

executor. If he fails or ceases to serve, I appoint my son, Benjamin Robin, of Wakefield, Rhode

Island, successor executor.   No executor shall be required to furnish any bond or surety.

IN TESTIMONY WHEREOF, I have to this will written on three  pages set my hand on

June  5 , 1998.

_____
Rob M. Robin

Rob M. Robin declared this instrument to be his will and signed it in our presence and we

have at his request signed our names as witnesses in his presence and in the presence of each

other.

| | |
|---|---|
| _____ | Residing at _____ |
| | _____ |
| _____ | Residing at _5 Halidon Terrace_ |
| | _Npt , RI_ |

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

On June 5 , 1998, then and there personally appeared the undersigned, who, being duly

sworn, depose and say:  that they witnessed the execution of the will of ROB M. ROBIN dated

June 5 , 1998; that the signature to the will is in the handwriting of the testator; that said testator

so subscribed said will and declared the same to be his last will and testament in their presence;

-3-

that they thereafter subscribed the same as witnesses in the presence of said testator and in the presence of each other; that at the time of the execution of said will the testator appeared to be of sound mind and eighteen (18) years of age or over; and that the signatures of the witnesses on said will are genuine.

Subscribed and sworn to before me on the day and date first above written.

Notary Public
My Commission expires:

FORM 3011-1 (1/08)

## [FORM OF] CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on _4/28/09_, a true and correct copy of the foregoing Application (and all attachments) was mailed via first class mail, postage prepaid, to:

United States Attorney
Attn: Civil Process Clerk
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119-1029

US Trustee
224 Boulder Ave., Suite 225
Tulsa, OK 74103-3026


Case Trustee
Steven W. Soule
320 S. Boston Ave., Suie 200
Tulsa, OK 74103-3706

Debtor Attorney
Mark A. Craige
3501 S. Yale
Tulsa, OK 74135

Debtor
Tiger Petroleum Company
1438 S. Boston
Tulsa, OK 74119

*Note: Pursuant to Local Bankruptcy Rule 3011-1(B), notice of the Application shall also be served upon the following parties:*

1.  *Debtor and Debtor's counsel, if any;*
2.  *Trustee for the above referenced bankruptcy case*
3.  *United States Trustee; and*
4.  *Original creditor and creditor's counsel, if any, if the Claimant is not the original creditor in the case.*

5

# THE FINANCIAL RESOURCES GROUP, INC.

**700 Mechem Drive, Suite 8B**
**Ruidoso, New Mexico 88345**
**Telephone: 800-820-0597 Fax: 800-352-0597**

Friday. April 24. 2009

U.S. Bankruptcy Court
Sherry Hodson
224 S. Boulder Ave.
Tulsa. OK 74103

Re:     Application for Payment of Unclaimed Funds

|  |  |
|---|---|
| DEBTOR: | Tiger Petroleum Company |
| CASE NO. | 99-01273-M |
| CREDITOR: | Rob Robin |
| AMOUNT: | $879.70 |

Dear Ms. Hodson:

Enclosed. please find the necessary documents for our clients application for payment of unclaimed funds in the above referenced case.

Please advise me if any further information is required.

Sincerely,

Melanie Ramirez
Document Specialist

enclosures